IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:22-CR-00016-KDB-DSC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LUIS EDUARDO NUNEZ, | ) | |
| **Defendant.** | ) | |

**THIS MATTER** is before the Court on Defendant's "Motion for Admission *Pro Hac Vice* and Affidavit [for Diego Weiner]" (Doc. 4) filed March 21, 2022. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: March 22, 2022

David S. Cayer
United States Magistrate Judge