IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:22-CR-00016-KDB-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LUIS EDUARDO NUNEZ, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on "Motion for Admission *Pro Hac Vice* and Affidavit [for Jeffrey S. Weiner]" (document # 19) filed on August 5, 2022. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: August 8, 2022

David S. Cayer
United States Magistrate Judge